# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 06, 2024

Raiza Rojas
69 WHEELER RD NE
HINESVILLE, GA 31313

Appeal Number: 24-10747-CC
Case Style: Raiza Rojas v. Kathy Hendrix
District Court Docket No: 6:23-cv-00045-JRH-BKE

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

Docket sheet of court from which case originated

One copy of your appendix will be filed, subject to receipt of two (2) copies of corrected appendices within **FOURTEEN (14) DAYS** from this date.

If you intend to make the corrections to the existing appendix, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new appendix that includes the necessary corrections. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

APPX-1CV Appendix deficiency letter